FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 13 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARKISHA PAYNE, SAMARA DUDLEY, K.P., an infant under the age of 18, filed by her mother and natural guardian, SAMARA DUDLEY, and J.D., an infant under the age of 18, filed by her mother and natural guardian, MARKISHA PAYNE,

                                             Plaintiffs,

-against-

EDWARD MEJIA, ANDREW VALENZANO, ADAN MUNOZ, PAUL ORTIZ, ANDRE BLAKE, EVAGELOS DIMITRIKAKIS, JUNER CEVALLOS, SOPHIA CARSON, EMRAH ATES, JOEL POLICHRON, and JOHN DOES 1-5,

                                             Defendants.
-------------------------------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

17-cv-0717    (LB)

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         8/9, 2018

LUMER LAW GROUP
*Attorneys for Plaintiffs*
225 Broadway
New York, New York 10007

By: _____
    Michael Lumer
    *Attorney for Plaintiffs*

The Rameau Law Firm
*Attorneys for Plaintiffs*
16 Court Street
Brooklyn, New York 11241

By: _____
    Amy Rameau
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____  8/9/18
    Brachah Goykadosh
    *Assistant Corporation Counsel*

SO ORDERED: The Clerk of Court shall close this case.

/S/ Judge Lois Bloom
_____
HON. ~~FREDRIC BLOCK~~ LOIS BLOOM
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

Dated: 8/13/18, 2018